# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3457

_____

| | | |
|---|---|---|
| Estate of Lee D. Lloyd; Willis Lloyd; Loretta Lloyd, individually and as next friend of Monica Clark, | * * * * | |
| Appellants, | * * | |
| v. | * * * | Appeal from the United States District Court for the Eastern District of Missouri. |
| City of St. Louis, | * * | [UNPUBLISHED] |
| Appellee, | * * | |
| Francis Slay, in his official capacity, Mayor of the City of St. Louis; Medium Security Institute; Gene Stubblefield, in official capacity, | * * * * * | |
| Defendants. | * | |

_____

Submitted: March 31, 2006
Filed: April 7, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

The Estate of Lee D. Lloyd, Willis Lloyd, and Loretta Lloyd, individually and as next friend of Lee Lloyd's daughter, Monica Clark, appeal the district court's[*] adverse grant of summary judgment in their 42 U.S.C § 1983 action. Having reviewed the record de novo, see Hott v. Hennepin County, 260 F.3d 901, 904-05 (8th Cir. 2001) (standard of review), we conclude dismissal was proper, see Marchant v. City of Little Rock, 741 F.2d 201, 203-04 (8th Cir. 1984) (assuming allegations of failure to dispense medications properly were true, failure to provide evidence of deliberate indifference and neglect in the medical treatment of other prisoners amounts to failure to prove city policy or custom of failing to dispense medications properly); see also McGautha v. Jackson County, 36 F.3d 53, 56-57 (8th Cir. 1994) (liability for unconstitutional custom or usage cannot arise from single act), cert. denied, 515 U.S. 1153 (1995); Wedemeier v. City of Ballwin, 931 F.2d 24, 26 (8th Cir. 1991) (isolated incident of police misconduct by subordinate officers is insufficient to establish municipal policy or custom). Accordingly, we affirm.

_____

[*]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.